April 11, 2007

Mr. Randall A. Pulman
Pulman, Bresnahan, Pullen, & Cappuccio, L.L.P.
2161 NW Miltary Highway, Suite 400
San Antonio, TX 78213

Mr. Don Krause
Bayne Snell & Krause
8626 Tesoro Drive, Suite 500
San Antonio, TX 78217

Mr. Jon Todd Powell
The Powell Law Firm
115 E Travis St. Suite 535
San Antonio, TX 78205-1611
Honorable Michael Parker Peden
285th District Court
Bexar County Courthouse
100 Dolorosa Street, 3rd Floor
San Antonio, TX 78205-3028

Mr. Jason Brett Speights
Speights Law Firm LLP
825 W. Bitters Rd., Suite 104
San Antonio, TX 78216

RE: Case Number: 07-0283
 Court of Appeals Number: 04-07-00235-CV
 Trial Court Number: 2006-CI-10441

Style: IN RE LANDRY'S RESTAURANTS, INC.

Dear Counsel:

 Today the Supreme Court of Texas granted the Emergency Motion to Stay
Apex Deposition and issued the enclosed stay order in the above-referenced
case. The Court requests that real parties in interest file a response to
the petition for writ of mandamus in the above-referenced case. The
response is due to be filed in this office no later than 3:00 p.m., April
23, 2007. PLEASE NOTE Tex. R. App. P. 9.2(b), does not apply. There is no
filing fee associated with this requested response.
 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk
 by Claudia Jenks, Chief Deputy Clerk

|cc:|Ms. Margaret G. |
| |Montemayor |